

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J. 03/09/2026

The initial appearance scheduled for March 9, 2026 is hereby adjourned to March 20, 2026 at 1:00 p.m. The adjournment is necessary to allow for production and review of discovery and for discussion of a potential pretrial resolution. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between March 9, 2026 and March 20, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

Re:    *United States v. Kevin Taylor & Geno Roefaro*, 26 Cr. 53 (VSB)

Dear Judge Broderick:

The Government writes to respectfully request that the Court adjourn the conference currently scheduled for today, and adjourn to a date of the Court's choosing during the week of March 16, 2026. We understand from correspondence with chambers that the Court is available on March 18th from 10 a.m. to 12 p.m. and on March 20th from 1 p.m. to 3 p.m. Counsel for defendant Kevin Taylor is available either day. Counsel for Geno Roefaro has a preference for March 20th, but is available either day. The Government will make itself available.

The Government has conferred with counsel for both defendants, who consent to exclusion of time from the speedy trial clock. Accordingly, the Government moves for exclusion of time in the interests of justice, to allow for production and review of discovery and for discussion of a potential pretrial resolution. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    */s/*
       Jessica Greenwood
       Matthew J. King
       Assistant United States Attorneys
       (212) 637-1090/2384

cc: Counsel of Record (by ECF)