

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 6, 2026

**BY ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, New York 10007

Re: *United States v. Kevin Taylor & Geno Roefaro*, 26 Cr. 53 (VSB)

Dear Judge Broderick:

The Government writes to respectfully request that the Court enter the attached protective order, which has been agreed to by the parties, to govern the handling of discovery in this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/
Jessica Greenwood
Matthew J. King
Assistant United States Attorneys
(212) 637-1090/2384

cc: Counsel of Record (by ECF)