quinn emanuel | trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | T

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.  06/23/2026

The status conference scheduled for June 24, 2026 is hereby adjourned to July 21, 2026 at 11:00 a.m.  The adjournment is necessary to permit the defense to continue their review of the Government's discovery production.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, it is further ordered that the time between June 24, 2026 and July 21, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

June 23, 2026

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Taylor and Roefaro, 1:26-cr-53 (VSB), Request for an Order of Continuance

Dear Judge Broderick,

As the defense continues to review the Government's production, Mr. Roefaro respectfully requests that the conference currently scheduled for June 24, 2026 be adjourned until July 21, 2026 at 11:00 a.m. In connection with the requested adjournment, Mr. Roefaro consents to a corresponding exclusion of time under the Speedy Trial Act.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by this continuance outweigh the interests of the public and the defendant in a speedy trial, as the additional time will allow the parties to review the substantial volume of discovery in this matter.

The government and defendant Kevin Taylor both consent to this continuance request and the corresponding exclusion under the Speedy Trial Act.

Respectfully submitted,

Scott Hartman

cc:    All Counsel (via ECF)

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH