UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA :

-v- :

KEVIN TAYLOR, :

Defendant. :

-----------------------------------------------------------X

26-CR-53 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I held a status conference on July 21, 2026. At that conference, Defendant Taylor requested his bail conditions be modified to allow him to travel to and from New Jersey and Florida. It is hereby:

ORDERED that the following modifications to Defendant Taylor's bail conditions are as follows: Defendant may travel to and from New Jersey and Florida, if his Pretrial Services Officer approves the request and Defendant provides his itinerary before the proposed travel dates. It is FURTHER ORDERED that Defendant must make all requests to travel through his Pretrial Services Officer.

SO ORDERED.

Dated: July 31, 2026
New York, New York

Vernon S. Broderick
United States District Judge