UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>KEVIN TAYLOR,<br><br>Defendant. | 26-CR-53 (VSB)<br><br>**AMENDED ORDER** |

VERNON S. BRODERICK, United States District Judge:

On July 31, 2026, I filed an Order modifying Defendant Taylor's bail conditions allowing him to travel to and from New Jersey and Florida, *see* Docket. No. 36. After conferring with his Pretrial Services Officer, the following amends my prior order:

IT IS ORDERED that Taylor's Pretrial Services Officer may return Defendant's Real ID to him solely for use to travel to and from New Jersey and Florida.

IT IS FURTHER ORDERED that Defendant is prohibited from using his Real ID to travel to any other destinations within the United States or outside of the United States.

IT IS FURTHER ORDERED that Defendant is prohibited from using his Real ID to apply for or obtain a passport or any other type of travel document.

SO ORDERED.

Dated: November 12, 2026
New York, New York

Vernon S. Broderick
United States District Judge